USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/22/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SHIFT MARKETS GROUP, INC.,**
       **Plaintiff,**

-against-

**ALKEMI AI INC. ET AL.,**

       **Defendants.**

**23-cv-03504-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the parties' premotion conference letters related to Defendants' anticipated motions to dismiss. ECF Nos. 12, 13, 15, 16. Defendants' requests for a premotion conference are **DENIED**. Plaintiff is hereby **GRANTED** leave to file an amended complaint on or by **September 1, 2023.**

  The parties are hereby **ORDERED** to submit a joint status report on or by **September 18, 2023.** Defendants are directed to advise the Court if they still wish to move to dismiss the Plaintiff's amended complaint. If so, the parties shall provide a proposed briefing schedule. Defendants do not need to file pre-motion conference letters.

**SO ORDERED.**

**Dated:**   **August 22, 2023**
      **New York, New York**

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**