UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIFT MARKETS GROUP, INC., <br><br>                    Plaintiff, <br><br>-against- <br><br>ALKEMI AI INC. ET AL., <br><br>                    Defendants. | 23-cv-03504-ALC <br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' premotion conference letters related to Defendants' anticipated motions to dismiss Plaintiff's Second Amended Complaint. ECF Nos. 46, 47. Defendants' requests for a premotion conference are **DENIED**.

The parties are hereby **ORDERED** to adhere to the following briefing schedule:

- June 13, 2025:  Opening Brief due;

- June 27, 2025:  Opposition due;

- July 7, 2025:  Reply, if any, due.

**SO ORDERED.**

**Dated:**   **May 23, 2025**
           **New York, New York**
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**