**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

**SHIFT MARKETS GROUP, INC.**

                          **Plaintiffs,**

           **-against-**

**ALKEMI AI INC. ET AL**

                       **Defendants.**

-------------------------------------------------------------- x

          **1:23-cv-3504 (ALC)**

          **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On November 24, 2025, the Court issued an Order to Show Cause why this case should not be dismissed for lack of subject matter jurisdiction. ECF No. 56. On December 1, 2025, Plaintiff filed a letter response. ECF No. 57. On December 3, 2025, Defendants filed their response to Plaintiff's letter. ECF Nos. 58-59.

The Court ORDERS a telephonic conference on January 7, 2026 at 4 PM. The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated:**    **December 4, 2025**
           **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**