**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

SHIFT MARKETS GROUP, INC.

                    **Plaintiffs,**

       **-against-**

ALKEMI AI INC. ET AL

              **Defendants.**

------------------------------------------------------------ x

           **1:23-cv-3504 (ALC)**

           **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is rescheduling the telephonic conference to January 23, 2026 at 2 pm. The

Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date

and time specified above.

**SO ORDERED.**

**Dated:**   **January 6, 2026**
        **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**