**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                   :

**SHIFT MARKETS GROUP, INC.**           :

                              **Plaintiffs,**      :

                                        :        **1:23-cv-3504 (ALC)**

                    **-against-**                :

                                        :        **ORDER**

**ALKEMI AI INC. ET AL**              :

                                        :

                         **Defendants.**      :

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

Following up from today's telephonic conference, Defendants' Motion to Dismiss is denied without prejudice, as the Court needs to first resolve outstanding issues of subject matter jurisdiction. The Clerk of Court is respectfully ordered to terminate ECF No. 49.

The Parties are ORDERED to engage in limited jurisdictional discovery to ascertain Defendant Breen's citizenship at the commencement of this suit and should also engage in settlement negotiations. The Parties are ORDERED to submit a joint status report by February 24, 2026 indicating the status of settlement negotiations and their position on subject matter jurisdiction. If the Parties determine Breen defeats complete diversity and are still in disagreement about how to proceed, the Parties should also include a proposed briefing schedule to address why the action should not be dismissed in its entirety.

**SO ORDERED.**

**Dated:**    **January 23, 2026**
             **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**