**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------- x

**SHIFT MARKETS GROUP, INC.**                    :
                                                 :
                                **Plaintiffs,**  :
                                                 :        **1:23-cv-3504 (ALC)**
                                **-against-**     :
                                                 :        **ORDER**
**ALKEMI AI INC. ET AL**                         :
                                                 :
                                **Defendants.**  :
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court orders a telephonic conference on March 3, 2026 at 4 pm. The Parties

should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and

time specified above.

**SO ORDERED.**


**Dated:**    **February 25, 2026**
              **New York, New York**

_____
              **ANDREW L. CARTER, JR.**
              **United States District Judge**