**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

**SHIFT MARKETS GROUP, INC.**

                    **Plaintiffs,**

          **-against-**

**ALKEMI AI INC. ET AL**

          **Defendants.**

-------------------------------------------------------------- x

**1:23-cv-3504 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court orders Plaintiff to file a letter brief not to exceed five pages by March 9, 2026 addressing the factors in Rule 19(b). Defendants' response is due March 12, 2026.

**SO ORDERED.**

**Dated:**    **March 3, 2026**
              **New York, New York**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**