**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
SHIFT MARKETS GROUP, INC.                     :
                                                             :
                                    Plaintiffs,              :
                                                             :        1:23-cv-3504 (ALC)
                        -against-                            :
                                                             :        **ORDER**
ALKEMI AI INC. ET AL                                        :
                                                             :
                                    Defendants.              :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff and Defendants' letter briefs addressing the Rule 19(b) factors as they pertain to Defendant Breen. ECF Nos. 67, 68. At this time, the Court will not dismiss the entire action. Plaintiff should submit an amended complaint by March 25, 2026, without Breen, specifically addressing the potential issues Defendants raised in their March 12, 2026 letter.

If Defendant Alkemi wishes to move to dismiss a third amended complaint, Defendant does not need to seek leave requesting a pre-motion conference. Below is the briefing schedule for a motion to dismiss:

Defendant's Motion to Dismiss due by April 15, 2026

Plaintiff's Opposition due by April 29, 2026

Any reply by May 6, 2026

   **SO ORDERED.**

Dated:    **March 16, 2026**                    _____
                                                          **ANDREW L. CARTER, JR.**
          **New York, New York**              **United States District Judge**