**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **SHIFT MARKETS GROUP, INC.,** |
| **Plaintiff,** |
| **-against-** |
| **ALKEMI AI INC. ET AL** |
| **Defendant.** |

**23-CV-3504 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty days.

**SO ORDERED.**

Dated:   June 2, 2026
         New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**